UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GERARD L. CLARK,

                Appellant,

   -against-

MARIANNE DeROSA,

                Appellee.
---------------------------------------------------------------X

JUDGMENT
08-CV- 3296 (JG)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ NOV 1 8 2008 ★
P.M.
TIME A.M.

An Order of Honorable John Gleeson, United States District Judge, having been filed on November 14, 2008, dismissing the appellant's appeal; it is

ORDERED and ADJUDGED that the appellant take nothing of the appellee; and that judgment is hereby entered dismissing the appellant's appeal.

Dated: Brooklyn, New York
       November 18, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy